O

# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA S. HARPER, in her individual capacity and representative capacity as trustee; ROCKET OIL, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:16-CV-07043-ODW(JPR)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

1   In light of the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS**
2  the parties **TO SHOW CAUSE**, in writing, by January 23, 2016, why settlement has
3  not been finalized.  No hearing will be held.  All other dates and deadlines in this
4  action are **VACATED** and taken off calendar.  The Court will discharge this Order
5  upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 23, 2016

_____
              **OTIS D. WRIGHT, II**
          **UNITED STATES DISTRICT JUDGE**